UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MIKAYLA TESSMER,
on behalf of herself and
all others similarly situated,

       Plaintiff,                        Case No. 24-CV-1183

   v.

COTTAGES WI, LLC,

       Defendant.

# ORDER

Based on the parties' submissions in support of their Joint Motion for Preliminary Approval of Class Action Settlement and Class Certification for the Purposes of Settlement, their Joint Motion for Final Settlement Approval, Plaintiff's Unopposed Motion for Approval of Service Award, and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, as well as the record as a whole,

    IT IS ORDERED THAT:

1. The Wisconsin Wage Payment and Collection Law ("WWPCL") Class pursuant to FED. R. CIV. P. 23 is certified;

2. The Settlement Agreement and Release ("Agreement") (ECF No. 18-1) is approved as a fair, reasonable, and adequate resolution of a *bona fide* wage dispute as it applies to the WWPCL Class;

3. Plaintiff Mikayla Tessmer ("Plaintiff") is approved as Class Representative for the WWPCL Class;

4. Walcheske & Luzi, LLC is appointed as counsel for the WWPCL Class;

5. The Agreement is binding on the Parties;

6. The WWPCL Class Members' released claims (as defined in the Agreement) are dismissed *with prejudice;*

7. The settlement payments to the WWPCL Class (as described in the Agreement) are approved;

8. Defendant's counsel shall provide Plaintiff's counsel with settlement checks for the WWPCL Class within thirty (30) calendar days of this order;

9. Plaintiff's counsel shall send the settlement checks to the WWPCL Class Members via U.S. Mail following receipt of the settlement checks from Defendant's counsel;

10. The WWPCL Class shall have ninety (90) calendar days from the date of mailing to cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendant;

11. Plaintiff's unopposed request for approval of her attorneys' fees and case-related costs which the parties have stipulated and agreed are reasonable is granted;

12. Plaintiff's unopposed request for approval of her service award which the parties have stipulated and agreed is reasonable is granted;

Entered this 9th day of October, 2025

BY THE COURT:

*s/ Byron B. Conway* _____
Hon. Byron B Conway
United States District Court Judge